**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**FLOYD DELL JOHNSON
ADC #77727**                                                                                          **PLAINTIFF**

V.                            **CASE NO. 5:12CV00139 SWW-BD**

**CHARLIE CROCKETT, et al.**                                                              **DEFENDANTS**

**ORDER**

On April 18, 2012, Plaintiff Floyd Dell Johnson filed this case *pro se* under 42 U.S.C. § 1983. (Docket entry #1). Because Mr. Johnson's Complaint was deficient, he was ordered to file an Amended Complaint within thirty days. (#3) He was warned that failing to comply with the Court's order could result in dismissal of his lawsuit.

Mr. Johnson has not filed an amended complaint, as ordered, and the time to do so has passed. Therefore, his Complaint is dismissed, without prejudice, under Local Rule 5.5(c)(2), for failing to comply with the Court's May 2, 2012 order.

IT IS SO ORDERED this 18th day of June, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE