IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**FLOYD DELL JOHNSON**
**ADC #77727**                                                                                           **PLAINTIFF**

**V.**                           **CASE NO. 5:12CV00139 SWW-BD**

**CHARLIE CROCKETT, et al.**                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 18th day of June, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE