IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**FLOYD DELL JOHNSON**
**ADC #77727**                                                                                                            **PLAINTIFF**

**V.              CASE NO. 5:12CV00139 SWW-BD**

**CHARLIE CROCKETT, et al.                                                                DEFENDANTS**

## ORDER

The Court has reviewed Magistrate Judge Beth Deere's Partial Recommended Disposition ("Recommendation"). No objections to the Recommendation have been filed.

The Court adopts the Recommendation as its own. Mr. Johnson's claims against Defendants Straughn, Outlaw, and Hobbs are DISMISSED, without prejudice.

IT IS SO ORDERED this 13th day of August 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE