**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**FLOYD DELL JOHNSON
ADC #77727**                                                                                          **PLAINTIFF**

V.                              **CASE NO. 5:12CV00139 SWW-BD**

**CHARLIE CROCKETT, et al.**                                                          **DEFENDANTS**

### ORDER

Magistrate Judge Beth Deere has filed a Recommended Disposition ("Recommendation") addressing Defendant Crockett's motion for summary judgment. After a careful review of the Recommendation and Mr. Johnson's objections, as well as a *de novo* review of those portions of the record to which Mr. Johnson objects, the Court concludes that the Recommendation should be adopted as this Court's findings in all respects.

Defendant Crockett's motion for summary judgment (docket entry #26) is GRANTED. Mr. Johnson's claims are DISMISSED, without prejudice.

IT IS SO ORDERED, this 4th day of March, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE