**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**FLOYD DELL JOHNSON
ADC #77727**                                                                                          **PLAINTIFF**

V.                            **CASE NO. 5:12CV00139 SWW-BD**

**CHARLIE CROCKETT, et al.**                                                        **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Johnson's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Johnson's motion to reopen this lawsuit (docket entry #45) is DENIED.

IT IS SO ORDERED this 2nd day of April 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE